(107 So. 736)

TENNESSEE COAL, IRON & R. CO. v. John T. POPE. (6 Div. 582.)

(Supreme Court of Alabama. Jan. 14, 1926. Rehearing Denied April 8, 1926.)

Certiorari to Court of Appeals.

Percy, Benners & Burr and Salem Ford, all of Birmingham, for petitioner.
W. F. Spencer, of Birmingham, opposed.

BOULDIN, J. Petition of the Tennessee Coal, Iron & Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Tennessee Coal, Iron & R. Co. v. Pope, 107 So. 735.

Writ denied and affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.